TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00403-CV

Texas Department of Public Safety, Appellant

v.

Jerald Will Jacob, Appellee

FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT

NO. 11,351, HONORABLE JOHN L. PLACKE, JUDGE PRESIDING

PER CURIAM

 Appellant Texas Department of Public Safety moves that we dismiss this appeal. 
Appellee has not filed any opposition to this motion. We grant the motion and dismiss this
appeal.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: January 6, 2000

Do Not Publish